ORIGINAL

CYNTHIA WOOLLEY, ISBN 6018
MICHAEL D. POGUE, ISBN 6518
THE ROARK LAW FIRM, L.L.P.
409 North Main Street
Hailey, Idaho 83333
208/788-2427
208/788-3918 - Fax

Attorneys for Plaintiff

U.S. COURTS

03 JUN -3 PM 12: 14

REC'D_____FILED
CAMERON S. BURKE
CLERK          IDAHO

14256

UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| TYLER SMITH, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SPEARS MANUFACTURING CO. and DOES 1 – 25, inclusive,<br><br>Defendant. | Case No. CIV03-223-S-BLW<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiff complains and alleges against the above-named Defendant as follows:

## INTRODUCTION

1.  This is an action brought by Tyler Smith who suffered discriminatory, retaliatory and otherwise unlawful treatment by agents and employees of Defendant while in the employ of Defendant in violation of the Family Medical Leave Act, 29 U.S.C.A. § 2615; and for breach of contract and breach of the covenant of good faith and fair dealing.

COMPLAINT AND DEMAND FOR JURY TRIAL - 1

1.

## PARTIES

2. Plaintiff Tyler Smith is a citizen of Idaho residing in Twin Falls County. Commencing in or about May 5, 1996 and continuing until on or about June 4, 2001, Smith was employed by Defendant Spears Manufacturing Co. in Jerome, Idaho.

3. Defendant Spears Manufacturing Co is a California corporation, organized under the laws of the state of California and doing business in the State of Idaho, County of Jerome.

## FIRST CLAIM FOR RELIEF

### Family Medical Leave Act, 29 U.S.C.A. § 2615

4. Plaintiff repeats the allegations set forth above in paragraphs 1 through 3, incorporates them herein by reference, and alleges as follows:

5. Plaintiff was an employee covered by the Family Medical Leave Act ("FMLA").

6. Defendant is an employer covered by the FMLA.

7. Plaintiff suffered a serious health condition for which he required a leave of absence and/or intermittent leaves of absence from his employment with Defendant pursuant to the FMLA.

8. Plaintiff took a leave of absence pursuant to the FMLA.

9. Defendant retaliated against Plaintiff for taking such leave by, among other things, refusing to provide him with a further leave of absence pursuant to the FMLA and terminating his employment.

10. Defendant failed to make the required inquiry of Plaintiff to determine his need for further FMLA leaves and otherwise failed to perform its duties and obligations under the FMLA.

11.     The acts of Defendant alleged above constitute a violation of the FMLA and entitles Plaintiff to damages according to proof and injunctive relief.

## SECOND CLAIM FOR RELIEF

### Breach of Contract

12.     Plaintiff repeats the allegations set forth above in paragraphs 1 through 11, incorporates them herein by reference, and alleges as follows:

13.     Plaintiff and Defendant entered into a written, oral and/or implied in fact contract of employment.

14.     The contract was not terminable except for good cause.

15.     Plaintiff faithfully and diligently performed all the duties specified in the contract and complied with the contract in every respect, and at all times has been ready and willing to perform all conditions to be performed on Plaintiff's part pursuant to the contract.

16.     Defendant has breached the contract.

17.     As a result of Defendant's breach of the contract, plaintiff has suffered damages including loss of salary and benefits due him under the terms of the contract, in an amount to be proved at trial but greater than the jurisdictional minimum of this court.

## THIRD CAUSE OF ACTION

### Breach of the Covenant of Good Faith and Fair Dealing

18.     Plaintiff repeats the allegations set forth above in paragraphs 1 through 17 incorporates them herein by reference, and alleges as follows:

19.     Implicit in the employment contract between Plaintiff and Defendant is a covenant of good faith and fair dealing that protects Plaintiff's right to receive the benefits of the agreement.

20. Defendant has violated, nullified or significantly impaired the benefits Plaintiff has a right to receive from Defendant and its agents pursuant to the covenant of good faith and fair dealing, including but not limited to compensation and continued employment, fair and equal treatment, and due process.

21. In the course and scope of their employment with Defendant, agents and employees of Defendant in bad faith and with malice violated, nullified or significantly impaired the benefits Plaintiff has a right to receive under the contract.

22. As a result of Defendant's breach of the covenant of good faith and fair dealing, plaintiff has suffered damages including loss of salary and benefits due him under the terms of the contract, in an amount to be proved at trial but greater than the jurisdictional minimum of this court.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

## PRAYER

WHEREFORE, Plaintiff prays judgment against the Defendant as follows:

1. For general and compensatory damages to be proved at trial.

2. For a permanent injunction against the defendant, its officers, agents, successors employees, attorneys, and other representatives and those in active service or otherwise, enjoining them from engaging in further unlawful employment practices of the kind alleged in this Complaint.

3. For prejudgment and post judgment interest.

4. For all costs of suit incurred herein, including reasonable attorneys' fees.

5. For such other and further relief as the Court deems appropriate.

DATED this _2nd_ day of June, 2003.

                                              THE ROARK LAW FIRM, L.L.P.

                                              _[signature]_
                                              CYNTHIA WOOLLEY
                                              Attorney for Plaintiff